```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN OSMAN, et al.,

        PLAINTIFF

        vs                                              07 Civ 6724 (SHS)(JCF)

THE CITY OF NEW YORK, etc.,
et al.

        DEFENDANTS


------------------------------------------------------------------X
```

### NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: JAMES I. MEYERSON, ESQ. ,Attorney for Plaintiff

- *Attorney*

- I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JM 4304

- I am a Pro Hac Vice attorney

- I am a Government Agency attorney

- *Law Firm/Government Agency Association*

    From: _____

    To:   _____

- I will continue to be counsel of record for the above-entitled case at my new firm/agency.

- I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- ☒ *Address:* Effective: August 27, 2007
  64 Fulton Street, Suite 502, New York, NY 10038

- *Telephone Number:* _____

- *Fax Number:* [212] 513-1006_____

- *Email Address:* _____

Dated: August 17, 2007   /s/ James I. Meyerson_____