```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEVEN OSMAN,                                :        07 Civ. 6724 (SHS)

                Plaintiff,           :

      -against-                            :        ORDER

THE CITY OF NEW YORK, *ET AL.*,          :

               Defendants.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before October 26, 2007;

    2.    There will be a mid discovery status conference on November 16, 2007, at 11:30 a.m.; and

    3.    The last day for completion of discovery is January 18, 2008.

Dated: New York, New York
       October 19, 2007

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.