```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEVEN OSMAN,                             :    07 Civ. 6724 (SHS)

                Plaintiff,         :

    -against-                               :    ORDER

THE CITY OF NEW YORK, *ET AL.*,           :

                Defendants.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The next conference is set for January 18, 2008, at 10:00 a.m.; and

    2.    The last day for completion of discovery remains at January 18, 2008.

Dated: New York, New York
       November 16, 2007

                                             SO ORDERED:

                                             Sidney H. Stein, U.S.D.J.